IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JACOB POPP,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>MONTANA RAIL LINK, a Montana corporation,<br><br>                    Defendant. | CV 20-175-M-DLC-KLD<br><br><br>ORDER |

Counsel for Plaintiff has filed a motion requesting to appear telephonically at the preliminary pretrial conference set for today, March 9, 2021, at 11:00 a.m. (Doc. 12.) Counsel is advised that motions filed before this Court must comply with Local Rule 7.1(c), which requires the text of the motion to state that other parties have been contacted and whether any party objects to the motion. Notwithstanding, considering the health concerns associated with travel due to the coronavirus pandemic,

IT IS ORDERED that the motion is GRANTED. Counsel for Plaintiff may appear remotely at the preliminary pretrial conference. Counsel shall call 1-866-

1

390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 9th day of March, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge