## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| JACOB POPP,<br><br>  Plaintiff,<br><br>v.<br><br>MONTANA RAIL LINK, INC., a<br>Montana corporation,<br><br>  Defendant. | CV 20-175-M-DLC-KLD<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

The parties in the above captioned matter have filed a Stipulation for Dismissal with Prejudice. (Doc. 23). Accordingly,

IT IS ORDERED that the above-entitled action is dismissed with prejudice, each party to bear their own costs and fees.

DATED this 30th day of June, 2022.

Kathleen L. DeSoto
United States Magistrate Judge